JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLIFTON WALKER,<br>Plaintiff,<br>v.<br>JOYCE O. TITLE,<br>Defendant. | Case No. CV 26-4612 FMO (DMKx)<br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 3rd day of August, 2026.

/s/
Fernando M. Olguin
United States District Judge